# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MICHELE COPELAND, | ) |
| | ) CIVIL ACTION NO. |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) 2:18-CV-00976-ECM |
| CORIZON, LLC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO ENFORCE SETTLEMENT AGREEMENT UNDER SEAL

Defendant Corizon, LLC ("Corizon"), hereby requests leave to file under seal Defendant's Motion to Enforce Settlement Agreement. The Motion to Enforce Settlement Agreement contains the Affidavit of Breanna Young, Esq., attaching e-mails and correspondence by and between counsel pertaining to settlement negotiations between the plaintiff and defendant in this matter. The settlement negotiations would be confidential and the defendant wishes to file the motion, the affidavit of Breanna Young and the correspondence by or between counsel under seal in order not to breach any attorney confidentiality.

{B3144868}

Respectfully Submitted,

*/s/ Breanna H. Young*
Breanna H. Young (ASB-9133-A52H)
**STARNES DAVIS FLORIE LLP**
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
(205) 868-6000 – Phone
(205) 868-6099 – Fax
*byoung@starneslaw.com*
Attorney for Defendant, Corizon, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2019, I electronically filed the foregoing with the Clerk of the Court through CM-ECF, which will send electronic notification of such filing to the following:

Julian Lenwood McPhillips , Jr., Esq.
McPhillips Shinbaum L.L.P.
P O Box 64
Montgomery, AL 36104
334-262-1911
Email: julianmcphillips@icloud.com

Kyle David Sawyer, Esq.
516 S. Perry St - Ste 3-D
Montgomery, AL 36104
Email: kdsawyer64@outlook.com

Tanika Larosa Lakes Finney, Esq.
Law Office of Tanika L Finney
516 S Perry St - Ste 3-A
Montgomery, AL 36104
Email: Tanika@tlfinneylaw.com

*/s/ Breanna H. Young*
Breanna H. Young (ASB-9133-A52H)